# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __NEW YORK__

DALE BRODEUR SR.

**JUDGMENT IN A CIVIL CASE**

V.

SEAN McNAMEE, WILLIAM BRODEUR, and NORTHEAST FABRICATORS, LLC.

Case Number: 5:02-CV-0823 (NAM/DEP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that plaintiff failed to prove by a preponderance of the evidence that a binding contract was formed. The complaint is dismissed on the merits.

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 28 2006
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

July 28, 2006
Date

Lawrence K. Baerman
Clerk

(By) Deputy Clerk  *Judi L Roberts*
Judi L. Roberts